JUDGE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR12-350RSL |
| Plaintiff, | |
| v. | ORDER TERMINATING SUPERVISED RELEASE |
| JERRY JASSO-RODRIGUEZ, | |
| Defendant. | |

This matter having come before the Court on the Defendant's Motion for Termination of Supervised Release, and the Court having reviewed the motion, and the records and files herein,

THE COURT FINDS, pursuant to 18 U.S.C. § 3583(e), that termination of Mr. Jasso-Rodriguez's supervised release is warranted by the conduct of Mr. Jasso-Rodriguez and in the interests of justice;

IT IS FURTHER ORDERED that the term of supervised release for Mr. Jasso-Rodriguez shall be terminated, effective immediately.

The Clerk of the Court is directed to send copies of this order to all counsel of record, and to the United States Probation Office.

IT IS SO ORDERED.

DONE this 30th day of November, 2021.

_Mr S Lasnik_
ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

ORDER TERMINATING
SUPERVISED RELEASE
(*U.S. v. Jasso-Rodriguez*; CR12-350RSL) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

Submitted by:

s/ *Jesse Cantor*
Assistant Federal Public Defender
Attorney for Jerry Jasso-Rodriguez

ORDER TERMINATING
SUPERVISED RELEASE
(*U.S. v. Jasso-Rodriguez*; CR12-350RSL)  - 2

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**